

# Fourth Court of Appeals
## San Antonio, Texas

February 13, 2020

No. 04-20-00025-CV

Diana Martinez **MCGLOWN,**
Appellant

v.

**WELLS FARGO BANK, N. A.,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV05083
Honorable Melissa Vara, Judge Presiding

# O R D E R

The trial court signed a final judgment on December 6, 2019. Therefore, the notice of appeal was due to be filed on January 6, 2020. *See* TEX. R. APP. P. 4.1(a), 26.1. A motion for extension of time to file the notice of appeal was due on January 20, 2020. *See* TEX. R. APP. P. 26.3. Although appellant filed a notice of appeal within the fifteen-day grace period allowed by Rule 26.3, she did not file a motion for extension of time.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

It is therefore ORDERED that appellant file, within fifteen days from the date of this order, a response presenting a reasonable explanation for failing to file a notice of appeal in a timely manner. If appellant fails to respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c). All other appellate deadlines are suspended until further order of this court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of February, 2020.



MICHAEL A. CRUZ,
Clerk of Court